22104

Nathaniel OWENS, Respondent, v. CANAL WOOD CORP., Operating as a Self-Insurer, Appellant.

(316 S. E. (2d) 385)

Supreme Court

*J. Reese Daniel,* Columbia, *for appellant.*

*J. Marvin Mullis, Jr.,* Columbia, *for respondent.*

May 14, 1984.

*Per Curiam:*

The appellant Canal Wood Corporation appeals from a circuit court order remanding this workers' compensation case for the taking of additional testimony on the existence of

an employer-employee relationship. The order of the circuit court does not involve the merits of the action. It is therefore interlocutory and not reviewable by this Court for lack of finality. *Hunt v. Whitt,* 279 S. C. 343, 306 S. E. (2d) 621 (1983); *King v. Singer Co.,* 276 S. C. 419, 279 S. E. (2d) 367 (1981).

The appeal is dismissed without prejudice. *See Gunnells v. Raybestos-Manhattan, Inc.,* 261 S. C. 106, 198 S. E. (2d) 535 (1973).